UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Willi Henley, | } | Case No. 1:12-CV-655 |
| | } | |
| Plaintiff, | } | Judge Dan Aaron Polster |
| | } | |
| Portfolio Recovery Associates, | } | **NOTICE OF DISMISSAL** |
| | } | |
| Defendant. | } | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Willi Henley, by and through undersigned Counsel, gives this Honorable Court notice that she voluntarily dismisses this case. Plaintiff states that the Court may execute and enter an Order of Dismissal with Prejudice and close this action.

Respectfully submitted,

**KAHN & ASSOCIATES, LLC**

*/s/ David W. Skall*

**DAVID W. SKALL (0068740)**
dskall@kahnandassociates.com
6200 Rockside Woods Blvd., Suite 215
Cleveland, Ohio 44131
216.621.6101 Telephone
216.621.6006 Facsimile

Attorney for Plaintiff

So ordered.  /s/Dan Aaron Polster  4/9/12